IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02509-WYD-BNB

MAYFLOWER TRANSIT, L.L.C.,

Plaintiff,

v.

MARYBETH BRUCHWALSKI, and
RONALD BRUCHWALSKI,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Vacate and Request for Immediate Disposition** [docket no. 21, filed March 6, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  The Scheduling and Planning Conference set for March 13, 2013, is **VACATED**.


DATED:  March 7, 2013