IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02509-WYD-BNB

MAYFLOWER TRANSIT, L.L.C.,

Plaintiff,

v.

MARYBETH BRUCHWALSKI, and
RONALD BRUCHWALSKI,

Defendants.
_____

**ORDER**
_____

After review of the plaintiff's Response to Order to Show Cause [Doc. # 28], and good cause having been shown,

IT IS ORDERED that the Order to Show Cause [Doc. # 25] is DISCHARGED.

Dated May 6, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge